UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **26-5235**

Case Title: **KalshiEX LLC** vs. **William Orgel, et al.**

List all clients you represent in this appeal:

**States of Nevada, Utah, Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticu Delaware, Hawai'i, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Marylanc Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, New Jersey, New Mexico, New Y North Carolina, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakot Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming, and the District of Columbia, and Commonwealth of the Northern Mariana Islands**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act (Appointed)
☐ Appellee ☐ Respondent ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

---

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Stanford Purser** Signature: s/**Stanford Purser**

Firm Name: **Office of the Utah Attorney General**

Business Address: **160 E. 300 S., 5th floor**

City/State/Zip: **Salt Lake City, Utah 84020**

Telephone Number (Area Code): **385-382-4334**

Email Address: **spurser@agutah.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.