# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 26 5235

2. Case Caption (Short Title): KalshiEX LLC v. William Orgel, et.al.

*(time)*                *(day, date)*

3. Argument is scheduled for 9:00am on Thursday, July 30, 2026 and will be held:

☑ Live (In Person)        ☐ by Video        ☐ by Telephone

4. I, Aaron Bernard , will be presenting argument on behalf of:

☑ Appellant / Petitioner      ☐ Amicus Curiae      ☐ Other (please specify below):

☐ Appellee / Respondent      ☐ Intervenor

_____

If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

> WILLIAM ORGEL, in his official capacity as Chairman of the Tennessee Sports Wagering Council; MARY BETH THOMAS, in her official capacity as the Executive Director of the Tennessee Sports Wagering Council; JONATHAN THOMAS SKRMETTI, in his official capacity as Attorney General of Tennessee

6. Minutes reserved for rebuttal (appellant / petitioner only): 3 (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

A. Number of attorneys sharing time: _____

B. Total number of minutes (in whole minutes only) to be shared: _____

C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____

D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*