Case No. 26-5235

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

KALSHIEX LLC

      Plaintiff - Appellee

v.

WILLIAM ORGEL, in his official capacity as Chairman of the Tennessee Sports Wagering Council; MARY BETH THOMAS, in her official capacity as the Executive Director of the Tennessee Sports Wagering Council; JONATHAN THOMAS SKRMETTI, in his official capacity as Attorney General of Tennessee

      Defendants - Appellants

 and

TENNESSEE SPORTS WAGERING COUNCIL

      Defendant

Upon consideration of the motion for United States Commodity Futures Trading Commission requesting leave for an Amicus to appear at oral argument,

It is **ORDERED** that the motion is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: June 17, 2026